UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                        Case Number 09-20542-BC
v.                                           Honorable Thomas L. Ludington

DAVID EDWARD MERRILL.

       Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING DEFENDANT'S PLEA OF GUILTY AS TO THE OFFENSE DESCRIBED IN 18 U.S.C. § 2243(a), AND TAKING THE RULE 11 PLEA AGREEMENT UNDER ADVISEMENT**

A plea hearing was conducted on December 8, 2009, by United States Magistrate Judge Charles E. Binder pursuant to the Defendant's consent. The magistrate judge issued his report on December 9, 2009, recommending acceptance of Defendant's guilty plea. Either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id.* Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985).

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [Dkt # 10] is **ADOPTED**.

It is further **ORDERED** that the defendant's guilty plea as to the charge described in 18 U.S.C. § 2243(a) is **ACCEPTED**, and the first amended Rule 11 Plea Agreement [Dkt. # 9] is taken **UNDER ADVISEMENT**.

                                                             s/Thomas L. Ludington
                                                             THOMAS L. LUDINGTON
                                                             United States District Judge

Dated: February 4, 2010

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on February 4, 2010.

                                   s/Tracy A. Jacobs
                                   TRACY A. JACOBS